

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

## TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT
    OFFICE OF THE CLERK
    U.S. COURTHOUSE
    1 COURTHOUSE WAY #2300
    BOSTON, MASSACHUSETTS 02210

RE: USA VS. TORRES

    OUR CASE NUMBER 04-3642-BANDSTRA
    YOUR CASE NUMBER 04:M549-RBC

DATE:    12/28/04

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
    (Rule 40, 18:3653)

Please find enclosed the following documents:

    __X__    Original file

    _____    Certified File (pertinent papers only)

    __X__    Magistrate Proceedings

    _____    CASH Bond   Amount $_____
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely


By__NANCY FLOOD_____
    Deputy Clerk