UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **05CR10006JLT** |
| | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 875(c)- |
| DAVID S. TORRES | ) Threats by Means |
| | ) of Interstate |
| | ) Communication |
| | ) |

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 875(c)- Threats by Means of Interstate Communication

The Grand Jury charges that:

On or about December 10, 2004, at Medford, in the District of Massachusetts,

**DAVID S. TORRES,**

the defendant herein, did knowingly and willfully transmit in interstate commerce between Miami, Florida and Medford, Massachusetts a communication containing a threat to injure Jennifer Lindsey Chong, to wit: an Instant Message computer transmission via the Internet stating, "UR DEAD WHEN YOU COME DOWN HERE!!!"

All in violation of Title 18, United States Code, Section 875(c).

**COUNT TWO**:   18 U.S.C. § 875(c)- Threats by Means of Interstate Communication

The Grand Jury further charges that:

On or about December 10, 2004, at Medford, in the District of Massachusetts,

**DAVID S. TORRES,**

the defendant herein, did knowingly and willfully transmit in interstate commerce between Miami, Florida and Medford, Massachusetts a communication containing a threat to injure Jennifer Lindsey Chong, to wit: an Instant Message computer transmission via the Internet stating, "u better have a bodyguard with u down here in Miami b/c ur in danger around here  ur a fucking target u no good hoe[.]"

All in violation of Title 18, United States Code, Section 875(c).

**COUNT THREE**: 18 U.S.C. § 875(c)- Threats by Means of Interstate Communication

The Grand Jury further charges that:

On or about December 10, 2004, at Medford, in the District of Massachusetts,

**DAVID S. TORRES,**

the defendant herein, did knowingly and willfully transmit in interstate commerce between Miami, Florida and Medford, Massachusetts a communication containing a threat to injure Jennifer Lindsey Chong, to wit: an Instant Message computer transmission via the Internet stating, "ur in danger u stranger  ill rearrange u  u stupid fucking hoe  u don't know who ur fucking with so im going 2 show u who ur fucking with!!!"

All in violation of Title 18, United States Code, Section 875(c).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

1. The conduct that is the subject of Counts One, Two and Three, and other relevant conduct, involved more than two threats, as described in U.S.S.G. § 2A6.1(b)2).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
James Lang
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                     January 12, 2005


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:56 P

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __II__   Investigating Agency __FBI__

City __Medford__                  Related Case Information:

County __Middlesex__              Superseding Ind./ Inf. _____   Case No. _____
                                  Same Defendant __X__                  New _____
                                  Magistrate Judge Case Number __2004 M 0549-RBC__
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David S. Torres__                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __5181 Northwest 4th Terrace, Miami, FL 33126__

Birth date (Year only): __81__   SSN (last 4 #): ____   Sex __M__   Race: __Hisp.__   Nationality: __USA__

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __James Lang__                           Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __12/16/04__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __Mag. Judge S.D.Fl.__   on __12/21/04__

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 12, 2004          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    David S. Torres

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 875(c) | Threats by Means of Interstate Communication | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**