# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2005-10006-JLT

DAVID SAMUEL TORRES,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/12/2005 - Indictment returned.

2/8/2005 - Arraignment

2/9 - 3/9 - Excluded as per L.R. 112.2(A)(2)

3/24/2005 - Conference held.

| | |
|---|---|
| 3/25 - 5/18/2005 - | Continuance granted so that the defendant's counsel can attempt to reach a plea agreement with the United States Attorney, I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial. - Excluded |

as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 18, 2005, THIRTY-SEVEN (37) non-excludable days will have occurred leaving THIRTY-THREE (33) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 25, 2005.