```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )   NO. 05-10006-JLT
    v.                         )
                                )
DAVID TORRES                    )
                                )
                                )

**JOINT FINAL STATUS CONFERENCE MEMORANDUM**

The United States of America, by Assistant U.S. Attorney James F. Lang, and the defendant David Torres, by counsel Janice Bassil, Esq., jointly submit this memorandum pursuant to Local Rule 116.5(C).

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government anticipates voluntarily providing a few more items of discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi by the defendant.

5. The defendant has not filed any substantive motions requiring resolution by the District Court and does not intend to do so, with the exception that he may file a motion to strike perceived surplusage from the indictment.

6. The case is ready for referral to the district court.

7. It appears that the case will be resolved by a plea.

8. The Court has previously entered an Order of Excludable in which it directed that the following time be excluded from computation under the Speedy Trial Act of the time within which the case must be tried: January 12, 2005, February 8, 2005, the period from February 9, 2005 through March 9, 2005, March 24, 2005, and the period from March 25, 2005 through May 18, 2005. In light of the representation of the parties, the Court should enter an order excluding from computation the period from March 20, 2005 through such date as the district court shall set for a Rule 11 hearing.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: \s_____
James Lang
    Assistant U.S. Attorney


        DAVID TORRES
        Defendant

By: /s/ Janice Bassil___
    Janice Bassil
    Counsel for David Torres

DATE: May 19, 2005

Case 1:05-cr-10006-JLT    Document 12    Filed 05/19/2005    Page 3 of 3