# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                               CRIMINAL NO. 2005-10006-JLT

DAVID TORRES,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    5/20/2005 - Conference held.

    5/21 - 6/10/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of June 10, 2005, THIRTY-EIGHT (38) non-excludable days have occurred leaving THIRTY-TWO (32) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                                     /s/ Robert B. Collings
                                                   ROBERT B. COLLINGS

May 23, 2005.                        United States Magistrate Judge