UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
JAN 20 A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 05-10006JLT |
| ) | |
| DAVID SAMUEL TORRES ) | |

**DEFENDANT'S MOTION TO SUBMIT**
**MOTION UNDER SEAL**

Now comes the defendant and respectfully requests that this court allow him to submit and ex part motion for funds under seal.

In support of this motion, the defendant states the following:

1. He has been deemed indigent by this court and his counsel is appointed through the CJA panel.

2. Pursuant to 18 U.S.C. §3006A(e)(1), counsel for a defendant who is indigent may request funds on an ex parte basis. See United States v. Abreu, 202 F.3d 386 (2000).

DAVID SAMUEL TORRES
By his attorney:

*Janice Bassil*
Janice Bassil
BBO # 033100

                                      Carney & Bassil
                                      20 Park Plaza, Suite 1405
                                      Boston, Ma. 02116
                                      (617) 338-5566

January 10, 2006