UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 05-10006JLT |
| | ) | |
| DAVID SAMUEL TORRES | ) | |

### DEFENDANT'S MOTION TO ALTER
### CONDITIONS OF BAIL

Now comes the defendant, David Torres, and requests this Honorable Court alter the conditions of his bail and remove him from an electronic bracelet.

In support thereof, the defendant states that he has met all conditions required by pre-trial services. He is supervised by Jose Blanco in Miami, Florida. Mr. Blanco does not oppose the removal of the bracelet.

The government does not oppose the removal of his electronic bracelet.

DAVID SAMUEL TORRES
By his attorney:

/s/ Janice Bassil
BBO # 033100
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, Ma. 02116
(617) 338-5566

January 23,2006

<u>Certificate of Service</u>

I, Janice Bassil, state that I have sent a copy of this motion by e-mail to AUSA James Lang this 23rd day of January, 2006.  Signed under the pains and penalties of perjury.


_____
Janice Bassil