UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 05-10006JLT |
| ) | |
| DAVID SAMUEL TORRES ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Now comes the defendant, David Torres, and requests this Honorable Court continue the date of his sentencing from June 14, 2006 to any day between July 5 and July 14, 2006.

In support thereof, counsel for the defendant states that she has been scheduled for a jury trial in the Suffolk Superior Court to begin on June 12, 2006. Based on the need for out of state witnesses and the schedule of the trial judge, the trial date is a firm one and cannot be changed.

Counsel has consulted with the government. Assistant United States Attorney Lang does not oppose the continuance but he will be unavailable from June 23rd until July 5th.

DAVID SAMUEL TORRES
By his attorney:


/s/ Janice Bassil
BBO # 033100
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, Ma. 02116
(617) 338-5566

January 23, 2006

### Certificate of Service

I, Janice Bassil, state that I have sent a copy of this motion by e-mail to AUSA James Lang this 23rd day of January, 2006. Signed under the pains and penalties of perjury.


/s/ Janice Bassil