UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 05-10006JLT |
| ) | |
| DAVID SAMUEL TORRES ) | |

**MOTION FOR FUNDS NUNC PRO TUNC**

The defendant, David Torres, respectfully moves that this Honorable Court grant him funds in the amount of $1,252.97 to reimburse him for travel expenses which he had to incur when he traveled from Florida to Massachusetts to attend Court.

In support thereof, the defendant states that he has been deemed indigent and undersigned Counsel was appointed to represent him. He resided in Florida throughout the entire case, and in order to travel to Massachusetts he had to borrow funds from friends and family. The defendant seeks reimbursement for these expenses.

Mr. Nicholas Elefther, of the U.S. Marshall's Office, informed the Defendant's Attorney that prior to receiving reimbursement, the Marshall's Office must receive an order from this Honorable Court.

WHEREFORE, the defendant moves that the requested reimbursement of $1,252.97 be authorized.

                                        David Torres
                                        By His Attorneys

                                        CARNEY & BASSIL


                                        <u>/s/ Janice Bassil</u>
                                        B.B.O. # 033100
                                        Carney & Bassil
                                        20 Park Plaza, Ste 1405
                                        Boston, MA 02116
                                        617-338-5566

Dated: September 19, 2006

Orbitz: Past Trips                                                                 Page 1 of 3





Welcome t

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | My Trips | My Account | Deals | Custom Servic |

**Past Trips**

**Boston 7/13/06**

**My Account**

**My Trips**

(you have no trips)
Past trips
Canceled trips
Redeem ticket value
Ticket terms and conditions

Back

**Trip tools**
Print itinerary
E-mail itinerary

**Flight reservation**

Orbitz record locator:  AP200101DZVKGDGU
Airline record locator: US Airways - DZVKGD
Ticket numbers:         0372302527963

Total flight cost:      $265.19 USD

View billing information



Traveler(s)           **Frequent flier details**
DAVID TORRES

Thursday, July 13, 2006

US Airways 230

Depart: 6:15am   Fort Lauderdale, FL
        morning  Fort Lauderdale International (FLL)

Arrive: 8:52am   Philadelphia, PA
        morning  Philadelphia International (PHL)
Economy | Boeing 757 Passenger (757) | 2hr 37min | 997 miles

Change planes. Time between flights: 0hr 38min

US Airways 524

Depart: 9:30am   Philadelphia, PA
        morning  Philadelphia International (PHL)

Arrive: 11:00am  Boston, MA
        morning  Boston Logan International (BOS)
Economy | Boeing 737-300 Passenger (733) | 1hr 30min | 280 miles

Total duration: 4hr 45min | Total miles: 1277 miles

Thursday, July 13, 2006

US Airways 215

Depart: 2:30pm   Boston, MA
        afternoon Boston Logan International (BOS)
Arrive: 3:55pm   Philadelphia, PA
        afternoon Philadelphia International (PHL)

Orbitz: Past Trips                                                                 Page 2 of 3



Economy | Airbus Industrie A319 (319) | 1hr 25min | 280 miles

**Change planes. Time between flights: 2hr 0min**

**US Airways 3**
Depart:  5:55pm    Philadelphia, PA
         evening   Philadelphia International (PHL)
Arrive:  8:45pm    Fort Lauderdale, FL
         evening   Fort Lauderdale International (FLL)

Economy | Boeing 757 Passenger (757) | 2hr 50min | 997 miles

Total duration: 6hr 15min | Total miles: 1277 miles

### Ticket information

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

| | |
|---|---|
| Airfare, DAVID TORRES (Adult) | $259.20 |
| Service fee | $5.99 |
| **Total trip cost** | **$265.19** USD |

### Billing Information

| | |
|---|---|
| Card holder's Name: | LIDIA TORRES |
| Card type: | American Express |
| Card number: | xxxxxxxxxxx2003 |

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises | Activities | Orbitz Games | Sports Travel
Add Orbitz feeds

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2083530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

http://www.orbitz.com/App/ViewOTPDetails?OSC=FFNMNEH3n2!-1788846449!183215...   9/11/2006



**ACTIVITIES**
Find tours, event tickets, top attractions, more

Book now!

Welcome t



ORBITZ AND GO!

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Custom Servic

MY STUFF

**Past Trips**

**Boston 3/6/06**

My Account

**My Trips**

(you have no trips)
Past trips
Canceled trips
Redeem ticket value
Ticket terms and conditions

Back

**Trip tools**
Print itinerary
E-mail itinerary

**Flight reservation**

Orbitz record locator:      JK8PE1JQ
Airline record locator:     American Airlines - HILWDO
Ticket numbers:             0011541497969

**Total flight cost:**      $395.59 USD

View billing information

Traveler(s)                 **Frequent flier details**
DAVID TORRES



SAVE A
EURO
OR TWO

**Monday, March 6, 2006**

American Airlines 596

Depart:  8:21am    Miami, FL
         morning   Miami International (MIA)

Arrive:  11:28am   Boston, MA
         morning   Boston Logan International (BOS)
Economy | Boeing 757 Passenger (757) | Food for purchase | 3hr 7min | 1260 miles

**Monday, March 6, 2006**

American Airlines 307

Depart:  4:35pm    Boston, MA
         afternoon Boston Logan International (BOS)

Arrive:  8:11pm    Miami, FL
         evening   Miami International (MIA)
Economy | Boeing 757 Passenger (757) | Food for purchase | 3hr 36min | 1260 miles

**Ticket information**

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

Orbitz: Past Trips                                                                                                  Page 2 of 3





#### Flight cost summary

| | |
|---|---|
| Airfare, DAVID TORRES (Adult) | $388.60 |
| Service fee | $6.99 |
| **Total trip cost** | **$395.59 USD** |

#### Billing Information

| | |
|---|---|
| Card holder's Name: | LIDIA TORRES |
| Card type: | American Express |
| Card number: | xxxxxxxxxxx2003 |

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises | Activities | Orbitz Games | Sports Travel
Add Orbitz feeds

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN BUSINESS TRAVEL
2005   2004   2003
Business Traveler Magazine

http://www.orbitz.com/App/ViewOTPDetails?z=1914&r=53                                                                 9/11/2006

Orbitz: Past Trips                                                                                   Page 1 of 3



TELL US WHAT YOU'RE INTO...
☐ Golf Outing   ☐ Ski Trip   ☐ Beach Getaway   ☐ Fighting Grizzlies



Welcome t

**ORBITZ** AND GO!™

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities      My Trips | My Account | Deals | Custom Servic
                                                                                                    MY STUFF

## Past Trips

### Boston 2/7/05 (air, hotel)                                      Back          **Trip tools**
                                                                                  Print itinerary
                                                                                  E-mail itinerary

**My Account**

**My Trips**
(you have no trips)
**Past trips**
Canceled trips
Redeem ticket value
Ticket terms and
conditions

**Flight + hotel package reservation**
Orbitz package record locator: Z13II9
Total trip cost: **$226.60 USD**
View full cost details
View billing information

**Flight reservation**

| | |
|---|---|
| Orbitz record locator: | OF9FQ2VL |
| Airline record locator: | US Airways - DQFUSY |
| Ticket numbers: | 0371189879467 |
| Traveler(s) | **Frequent flier details** |
| DAVID TORRES | |



FIND LOW FARES AT ORBITZ'S

**Monday, February 7, 2005**

**US Airways 644**
Depart: 10:55am   **Fort Lauderdale, FL**
         morning   Fort Lauderdale International (FLL)
Arrive:  1:48pm   **Boston, MA**
         afternoon Boston Logan International (BOS)

Economy | Airbus Industrie A319 (319) | 2hr 53min | 1241 miles

**Tuesday, February 8, 2005**

**US Airways 383**
Depart: 7:15pm   **Boston, MA**
         evening  Boston Logan International (BOS)
Arrive:  9:38pm   **Charlotte, NC**
         evening  Charlotte Douglas (CLT)

Economy | Airbus Industrie A321 (321) | Food for purchase | 2hr 23min | 728 miles

  Change planes. Time between flights: 1hr 22min

**US Airways 449**
Depart: 11:00pm  **Charlotte, NC**
         evening  Charlotte Douglas (CLT)

http://www.orbitz.com/App/ViewOTPDetails?z=dbf8&r=77                                    9/11/2006



| | |
|---|---|
| Arrive: 12:56am morning | Fort Lauderdale, FL Fort Lauderdale International (FLL) |

Economy | Airbus Industrie A321 (321) | 1hr 56min | 634 miles

This is an overnight flight.

Total duration: 5hr 41min

### Ticket Information

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

### Hotel reservation

**Reservation made for:**
david torres

**Total guests:** 1
**Total rooms:** 1

| | |
|---|---|
| Mon, Feb 7, 2005 | Check-in |
| Tue, Feb 8, 2005 | Check-out |

**Hampton Inn' Boston/Logan Airport**
**Address**
230 Lee Burbank Highway
Revere, MA  02151
Phone:      1-781-286-5665
Fax:        1-781-286-5775
Check in/out:  3:00 PM / 11:00 AM

**Room description**
OrbitzSaver - Buy Now and Sav
Standard room - 1 king or 1 slee

**Special requests**
smoking

These requests cannot be guaranteed. Orbitz recomn you contact the hotel direc ensure your request can b accommodated.

### Trip cost summary

**Flight + hotel package total:** $226.60
Review terms and conditions applicable to your Orbitz Package

Prepayment: Your credit card will be charged for the full Orbitz Package price indicated at the time

Cancellations: Cancellations of your Orbitz Package will incur a cancellation fee. The amount of th depend on when you cancel. You may only cancel your entire Orbitz Package and not any individua

Changes: Changes to your Orbitz Package after the time of booking will incur both change fees and additional amount attributable to any increase in the price of your Orbitz Package that result from th Changes are subject to availability and to restrictions and limitations imposed by airlines, hotels, an providers. Some airline tickets cannot be changed.

Please read the full Orbitz Package Terms and Conditions for details on applicable cancellation and and other important terms and conditions applicable to your Orbitz Package.

Please read the complete terms and conditions

### Billing Information
Card holder's Name:      Lidia Torres

http://www.orbitz.com/App/ViewOTPDetails?z=dbf8&r=77                                          9/11/2006

🏳️‍🌈 VISIT THE ORBITZ GAY TRAVEL SECTION

**ORBITZ AND GO!**

Welcome t

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | My Trips | My Account | Deals | Custom Servic |

MY STUFF

**Past Trips**

**Boston 2/1/06**

**My Account**

**My Trips**

(you have no trips)
**Past trips**
Canceled trips
Redeem ticket value
Ticket terms and conditions

**Flight reservation**

Orbitz record locator:   PJ4QV8DK
Airline record locator:  American Airlines - IBOMYF
Ticket numbers:          0011541366527

**Total flight cost:**    $365.59 USD

View billing information

Back

**Trip tools**
Print itinerary
E-mail itinerary

**ACTIVITIES**
Find tours,
event tickets,
top attractions,
more

**Traveler(s)**           **Frequent flier details**
DAVID TORRES

**Wednesday, February 1, 2006**

**American Airlines 596**

Depart:  8:20am    **Miami, FL**
         morning   Miami International (MIA)

Arrive:  11:28am   **Boston, MA**
         morning   Boston Logan International (BOS)
Economy | Boeing 757 Passenger (757) | Food for purchase | 3hr 8min | 1260 miles

**Wednesday, February 1, 2006**

**American Airlines 307**

Depart:  4:41pm    **Boston, MA**
         afternoon Boston Logan International (BOS)

Arrive:  8:10pm    **Miami, FL**
         evening   Miami International (MIA)
Economy | Boeing 757 Passenger (757) | Food for purchase | 3hr 29min | 1260 miles

**Ticket information**

An e-ticket has been issued for this reservation. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

Orbitz: Past Trips                                              Page 2 of 3



### Flight cost summary

| | |
|---|---|
| Airfare, DAVID TORRES (Adult) | $358.60 |
| Service fee | $6.99 |
| **Total trip cost** | **$365.59** USD |

### Billing Information

| | |
|---|---|
| Card holder's Name: | FRANCISCO TORRES |
| Card type: | Visa |
| Card number: | xxxxxxxxxxxx0919 |

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises | Activities | Orbitz Games | Sports Travel
Add Orbitz feeds

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

http://www.orbitz.com/App/ViewOTPDetails?z=183d&r=65                9/11/2006