J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE
LINDSAY GOLDSTEIN
RICHARD GEDEON

# Carney & Bassil

A Professional Corporation
Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587



JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com

January 8, 2007

Zita Lovett
US District Court
One Courthouse Way
Suite 2300
Boston, MA 02210

RE: US V. David Torres
Docket: 05-10006JLT

Dear Miss Lovett,

As you know Attorney Janice Bassil represents the defendant in this case. On September 9, 2006, we filed the Defendant's Motion for Authorization of Services or Funds *Nunc Pro Tunc*. We have not heard from the court since. Would you kindly bring this motion to Judge Tauro's attention. If you have any questions please call me at 617-338-5566 x110. Thank you.

Sincerely,

Christopher Gately
Paralegal

cfg